IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN FRAME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-326 |
| v. | ) |
| | ) |
| ERIE METROPOLITAN TRANSIT | ) |
| AUTHORITY D/B/A/ EMTA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's motion to compel discovery responses. ECF No. [18]. The Court held a telephonic motion hearing on April 20, 2023, during which time respective counsel discussed the current status of discovery production and the items which remain the subject of dispute. The Court having reviewed all relevant filings and having accepted defense counsel's representations as to the efforts that have been made to locate and produce responsive discovery,

IT IS ORDERED, this 21st day of April, 2023, that Plaintiff's motion to compel is GRANTED insofar as defense counsel is directed to:

1. produce bate-stamped copies of responsive documents as well as updated discovery responses with appropriate reference to relevant bates numbers as discussed on the record;

2. review the Defendant's files for any additional discovery relating to comparator evidence dating back to 2019 as discussed during the telephonic motion hearing, and produce any such discovery that has not yet been turned over (with the exception of confidential information from other employees' personnel files);

3. certify the production of all material in Plaintiff's own personnel file, as well as all emails or other internal documents or communications concerning Plaintiff;

4. provide a more detailed response to Plaintiff's Interrogatory No. 11, which shall include the identity of individuals having awareness of the information referenced in Plaintiff's interrogatory.

IT IS FURTHER ORDERED that the foregoing disclosures shall be made **on or before May 5, 2023.**

IT IS FURTHER ORDERED that, in all other respects, Plaintiff's motion is DENIED.

*Susan Paradise Baxter*
Susan Paradise Baxter
United States District Judge